RENEE BELCASTRO (SBN 270492)
MICHAEL J. KRAHENBUHL (SBN 271021)
MICHAEL M. BAKER (SBN 273232)
PITE DUNCAN, LLP
4375 Jutland Drive, Ste. 200
P.O. Box 17934
San Diego, CA 92177-0934
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-Mail: rbelcastro@piteduncan.com

Attorneys for Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MARCELA GONZALEZ, VICTOR M. GONZALEZ,<br><br>Defendants. | Case No. 2:11-cv-06352-JAK-MRW<br><br>**ORDER REMANDING THE ACTION TO STATE COURT** |

On November 28, 2011 at 8:30 a.m., an Order to Show Cause Hearing and Scheduling Conference was held.

It is ordered that this cause is hereby remanded to the Los Angeles County Superior Court for lack of subject matter jurisdiction.

It is, therefore, ordered, that this cause be remanded to the Los Angeles County Superior Court as not properly removable to this Court.

Dated: December 14, 2011

_____
Hon. John A. Kronstadt

-1-
ORDER REMANDING THE ACTION TO STATE COURT